## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Brian Neu,  Civil No. 06-601 (DWF/JSM)

      Plaintiff,

v.  **ORDER**

County of Benton, Susan Johnson,
Benton County Jail Administrator, and
James McMahon, and Benton County Sheriff,

      Defendants.

---

Michael K; O'Tool, Esq., O'Tool Law Office, counsel for Plaintiff.

Kenneth H. Bayliss, III, Esq., and Dyan J. Ebert, Esq., Quinlivan & Hughes, PA, counsel for Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 27, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    **IT IS HEREBY ORDERED:**

    1.    Defendants' motion for summary judgment (Doc. No. 8) is **GRANTED**.

    2.    Plaintiff's claims brought under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**.

    3.    Plaintiff's state law claims brought under the supplemental jurisdiction statute, 28 U.S.C. § 1367(a), are **DISMISSED WITHOUT PREJUDICE**.

Dated: August 23, 2007        <u>s/Donovan W. Frank</u>
                                        DONOVAN W. FRANK
                                        Judge of United States District Court